IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

PITTSBURGH

| | |
|---|---|
| RASHAD WILLIAMS, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | )<br>)<br>) |
| MICHAEL OPPMAN, MARK CAPOZZA, WARDEN AT SCI-FAYETTE; AND BENJAMIN LIEDHECKER, LT. OF CENTRAL OFFICE AND DIRECTOR OF SPC; | )<br>)<br>)<br>)<br>)<br>) |
| Defendants, | )<br>) |

2:20-CV-00663-CRE

## ORDER OF COURT

AND NOW, this 25th day of May, 2023, upon consideration of the pending cross-motions for summary judgment, it is ORDERED as follows:

1. Defendants' Motion for Summary Judgment (ECF No. 103) is GRANTED; and

2. Plaintiff's Motion for Summary Judgment (ECF No. 100) is DENIED as moot.

IT IS FURTHER ORDERED that the Clerk of Court mark this case CLOSED.

IT IS FURTHER ORDERED that pursuant to Rule 4 of the Federal Rules of Appellate Procedure, Plaintiff is hereby notified that he has thirty (30) days to file a Notice of Appeal as provided by Rule 3 of the Federal Rules of Appellate Procedure.

BY THE COURT:

/s Cynthia Reed Eddy
Cynthia Reed Eddy
United States Magistrate Judge